SAM DI NARDO v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.

WILLIAM STEINMETZ v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.

SELMA HUREVITCH v. STATE OF NEW JERSEY.

January 14, 1975. Petition for certification denied.

LESLIE PETWAY v. STATE DEPARTMENT OF INSTITU-
TIONS AND AGENCIES, DIVISION OF CORRECTION
AND PAROLE.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JULIAN KLEINWAKS.

January 14, 1975. Petition for certification granted.